# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**DENNIS GRIFFIN,**

        **Plaintiff,**

**v.**                                    **Case No.     04-C-512**

**ODISE BENNETT and
JONATHAN DELAGRAVE,**

        **Defendants.**

## DECISION AND ORDER

On June 21, 2005, the Court ordered the parties to this action to re-brief a pending summary judgment motion submitted on December 21, 2004. In reaction to the Court's order, the Plaintiff submitted "objections" contesting the Court's analysis and order. That filing prompted a response from the Defendants and a subsequent reply from the Plaintiff.

A party may appeal certain court orders or seek relief from the issuing court. The Plaintiff, however, has not moved the Court pursuant to any rule or explicitly requested relief in his "objections" filing. In their current form, the Plaintiff's objections will have no bearing on the present litigation. Nevertheless, based on the parties' submissions, the Court suspects that the parties anticipate some type of ruling on the Plaintiff's objections. Lest

there should be any confusion, the Court clarifies that the Plaintiff's objections and the subsequent briefing of the same have not impacted the Court's order of June 21, 2005.

**NOW, THEREFORE BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Court's June 21, 2005 Order--requiring the Defendants to submit their proposed findings of fact, supporting brief and any supporting affidavits in support of their motion for summary judgment no later than July 25, 2005–is unaltered and remains in full force.

Dated at Milwaukee, Wisconsin this 6th day of July, 2005.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa**
**Chief Judge**

2