# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DENNIS GRIFFIN,**

        Plaintiff,

    V.              CASE NUMBER: **04-C-512**

**ODISE BENNETT,**
**JONATHAN DELAGRAVE,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion for summary judgment, on plaintiff's claims pursuant to 42 U.S.C. § 1983 alleging that the defendants violated plaintiff's Fourteenth Amendment due process rights, is GRANTED. This action is hereby DISMISSED.**

| | |
|---|---|
|    **January 9, 2006** |  **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |